**DISMISS and Opinion Filed October 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-12-01429-CV**

**JIM SILLIMAN, Appellant**
**V.**
**LUXOR CONTRACTING, INC. D/B/A LUXOR STAFFING, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-01795**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Myers
Opinion by Justice Francis

Before the Court is appellant's motion to dismiss the appeal. Appellant has informed the Court that the parties have settled their differences. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

121429F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JIM SILLIMAN, Appellant

No. 05-12-01429-CV      V.

LUXOR CONTRACTING, INC. D/B/A
LUXOR STAFFING, Appellee

On Appeal from the 134th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. 10-01795.
Opinion delivered by Justice Francis.
Justices FitzGerald and Myers, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee, LUXOR CONTRACTING, INC. D/B/A LUXOR STAFFING, recover its costs of this appeal from appellant, JIM SILLIMAN.

Judgment entered October 28, 2013

/Molly Francis/
MOLLY FRANCIS
JUSTICE